IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

_____

JAY BRADSHAW,

              Plaintiff,              Civil Action No.
                                                    9:21-CV-645 (GTS/ML)

   v.

M. GORDON; RONDO; MATTIAS;
McCARTTER; J. SCOTT; and
ORBEGOZO,

              Defendants.

_____

JAY BRADSHAW,

              Plaintiff,              Civil Action No.
                                                    9:21-CV-776 (GTS/ML)

   v.

C.O. PHILLIP, Upstate Correctional
Facility; MALETTE, Correctional Officer,
Upstate Correctional Facility; HANNA,
Correctional Officer, Upstate Correctional
Facility; GAISER, Correctional Officer,
Upstate Correctional Facility; DANIEL,
Correctional Officer, Upstate Correctional
Facility; JOHN DOES 2-4; and JOHN DOE #1,

              Defendants.

_____

## ORDER

Jay Bradshaw, #08-A-3654, plaintiff in the above entitled actions,

has been directed to appear at the U.S. Courthouse and Federal Building, 445 Broadway in Albany, New York on December 15, 2021 at 12:00 PM for the purpose of attending an evidentiary hearing relative to the above entitled case. It appears that Jay Bradshaw is presently incarcerated at the Upstate Correctional Facility located in Malone, New York. It is necessary that a Writ of *Habeas Corpus Ad Testificandum* be issued for the purpose of securing Jay Bradshaw's presence at said proceeding. While New York State is required to advance the costs of Bradshaw's transportation, these costs shall be repaid to the state from the monetary award, if any, recovered by Bradshaw at trial.

Accordingly, it is hereby

ORDERED, that the clerk of the court issue a Writ of *Habeas Corpus Ad Testificandum* directing the United States Marshal for the Northern District of New York, or his deputies, to serve upon the Superintendent of the Upstate Correctional Facility this Writ of *Habeas Corpus* to deliver Jay Bradshaw to the U.S. Courthouse and Federal Building, 445 Broadway in Albany, New York on **December 15, 2021, at 12:00 PM and any recessed date thereafter** (the proceeding is estimated to last one day); and it is further

ORDERED, that Jay Bradshaw may be returned to the State Facility upon the completion of the evidentiary hearing and is to remain subject to the confinement imposed upon him by the State of New York; and it is further

ORDERED, that New York State shall advance the cost of Jay Bradshaw's transportation, which shall be repaid to the state from the monetary award, if any, recovered by Bradshaw at trial; and it is further

ORDERED, that the original and certified copy of said Writ be delivered to the United States Marshal or his authorized deputy for service upon the named detention facilities stated herein to serve as notice to prepare Jay Bradshaw for transport; and it is further

ORDERED, that in the event the action is settled prior to the evidentiary hearing, it shall be incumbent upon defendant(s} or his/her authorized representative to notify the designated institution where Jay Bradshaw is housed and cancel such Writ to produce.

_____
Glenn T. Suddaby
Chief U.S. District Judge

Dated:   November 29, 2021
         Syracuse, NY